```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY
```

```
_____
                              :
RONALD S. SHEPHARD,           :
                              :   Civ. Action No. 16-3992 (NLH)
              Petitioner,     :
                              :
         v.                   :   MEMORANDUM OPINION
                              :
UNITED STATES OF AMERICA,     :
                              :
              Respondent.     :
_____:
```

THIS MATTER having been opened by the Court sua sponte, and it appearing that:

1. Petitioner Ronald S. Shephard ("Petitioner") filed a Petition to Vacate an Illegal Sentence pursuant to 28 U.S.C. § 2255 on June 15, 2016, while he was on supervised release pursuant to the federal conviction challenged in the instant case.[1] (ECF No. 1.) At the time he submitted his Petition, Petitioner was in state custody.

2. According to the inmate database maintained by the New Jersey Department of Corrections, Petitioner was released from their custody on January 26, 2017. https://www20.state.nj.us/DOC_Inmate/inmatesearch.jsp.   Since

---

[1] The Petition raises a claim pursuant to Johnson v. United States, 135 S. Ct. 2551 (2015), and, as such, has been subject to the Standing Order issued by Chief Judge Jerome B. Simandle applicable to all Johnson cases.  See http://www.njd.uscourts.gov/standing-orders.

that time, Petitioner has not communicated with the Court regarding his Petition, including failing to provide the Court with his new address in violation of Local Civil Rule 10.1. <u>See</u> L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

    3. Based on Petitioner's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate this case, with the right to reopen this matter upon Petitioner updating his contact information and satisfy the appropriate Rules.

    4. An appropriate order follows.

Dated: May 23, 2017       s/ Noel L. Hillman
At Camden, New Jersey     NOEL L. HILLMAN, U.S.D.J.